**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| FELLOWSHIP FILTERING TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ALIBABA.COM, INC., a Delaware corporation, <br> ALIBABA.COM SINGAPORE E-COMMERCE PRIVATE LIMITED, a Singapore company, <br> ALIBABA GROUP HOLDING LTD., a Cayman Islands exempted company, <br> ALIBABA.COM HONG KONG LTD., a Hong Kong company, <br> ALIBABA.COM LTD., a Cayman Islands company, <br> ALIBABA.COM INVESTMENT HOLDING LTD., a British Virgin Islands company, <br> ALIBABA.COM INVESTMENT LTD., a British Virgin Islands company, <br> ALIBABA (CHINA) TECHNOLOGY CO., LTD., established in the People's Republic of China, <br> TAOBAO HOLDING LTD., a Cayman Islands company, <br> TAOBAO CHINA HOLDING LTD., a Hong Kong company, and <br> TAOBAO (CHINA) SOFTWARE CO., established in the People's Republic of China. <br><br> Defendants. | Civil Action No. 2:15-CV-02049 |

**DECLARATION OF MICHAEL LEE**
**IN SUPPORT OF ALIBABA.COM, INC'S MOTION TO**
**DISMISS FOR LACK OF PERSONAL JURISDICTION AND**
**IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER**

I, Michael LEE, declare:

1.    I am Director of International Business Development and Marketing, Americas at Alibaba.com, Inc., based in San Mateo, California.  As Director of International Business Development and Marketing, I have personal knowledge concerning the business and operations of Alibaba.com, Inc.

2.    I provide this declaration in support of Alibaba.com, Inc.'s motion to dismiss for lack of personal jurisdiction or, in the alternative, to transfer this case to the United States District Court for the Northern District of California.  I have personal knowledge of the following, and, if called as a witness, I could and would testify competently thereto.

3.    Alibaba.com, Inc. is a Delaware Corporation with its principal place of business at 400 South El Camino Real, Suite 400, San Mateo, California.

4.    All of Alibaba.com, Inc.'s employees are either based in its San Mateo, California office or spend some portion of their time working out of that office.  A significant portion, if not all, of its records are located or accessible there.

5.    Alibaba.com, Inc. is a marketing company, which promotes the Alibaba websites in the United States generally.  It does not engage in marketing directed at any specific State, including Texas.  Alibaba.com, Inc. does not operate any of the Alibaba websites and does not make, sell or distribute any products or provide any services (including any collaborative filtering products or services) anywhere, including Texas.  Alibaba.com, Inc. does not provide technical support or engineering services to any user of any Alibaba-related website anywhere, including Texas.

6.    Alibaba.com, Inc. does not own, lease or maintain any real property in Texas.

7.    Alibaba.com, Inc. does not own, lease or maintain any tangible personal property, including any documents or electronic data repositories, in Texas.

8.    Alibaba.com, Inc. has no employees, agents, or shareholders in Texas.

9.    Alibaba.com, Inc. pays no property or income taxes in Texas, has no places of business, mailing addresses, bank accounts, or telephone listings in Texas.

10.    Alibaba.com, Inc. has no registered agent in Texas and is not registered with the Texas Secretary of State to transact business in Texas.


I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Mateo, CA on Feb 3rd, 2016.


_____
MICHAEL LEE