IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **FELLOWSHIP FILTERING TECHNOLOGIES, LLC,**<br><br>    *Plaintiff,*<br><br>    v.<br><br>**ALIBABA.COM, INC.; ALIBABA SINGAPORE E-COMMERCE PRIVATE LTD.; ALIBABA GROUP HOLDING LTD.; ALIBABA.COM HONG KONG LTD.; ALIBABA.COM LTD.; ALIBABA.COM INVESTMENT HOLDING LTD.; ALIBABA.COM INVESTMENT LTD.; ALIBABA (CHINA) TECHNOLOGY CO., LTD.; TAOBAO HOLDING LTD.; TAOBAO CHINA HOLDING LTD.; AND TAOBAO (CHINA) SOFTWARE CO.,**<br><br>    *Defendants*. | **Case No. 2:15-CV-2049-JRG-RSP**<br><br>**LEAD CASE**<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO TAKE EARLY DISCOVERY

COMES NOW, Plaintiff Fellowship Filtering Technologies, LLC ("Fellowship Filtering") and Alibaba.com, Inc. ("Alibaba"), and filed this Agreed Motion to Take Early Discovery and shows the court as follows:

On February 11, 2016, Defendant Alibaba.com, Inc. filed its Motion to Dismiss For Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer, and Supporting Memorandum (Dkt. 12) (hereinafter, "Motion"). On February 15, 2016, Plaintiff requested, and Defendant Alibaba.com, Inc. has agreed to allow early discovery limited to personal jurisdiction

1

and venue facts raised by its Motion.  On February 23, 2016, Defendant Alibaba requested, and Plaintiff has agreed to allow early discovery limited to venue facts raised in Defendant's Motion.

The parties therefore agree that, subject to approval by the Court, the parties may serve discovery limited to the jurisdictional and venue facts raised in Defendant's Motion, subject to each party's right to object to any of the discovery in whole or in part.

The parties further agree that, subject to approval by the Court, Plaintiff's opposition to Alibaba's Motion shall be due on April 6, 2016.

Dated:  February 26, 2016

Respectfully submitted,

/s/ Elizabeth L. DeRieux

Elizabeth L. DeRieux
TX Bar No. 05770585
D. Jeffrey Rambin
TX Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Of Counsel:
Dorian S. Berger (CA SB No. 264424)
Daniel P. Hipskind (CA SB No. 266763)
BERGER & HIPSKIND LLP
1880 Century Park East, Suite 815
Los Angeles, CA 90067
Telephone: 213-516-7904
Facsimile: 213-260-8629
E-mail: dsb@bergerhipskind.com
E-mail: dph@bergerhipskind.com

*Attorneys for Plaintiff,*
*Fellowship Filtering Technologies, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff conferred with counsel for Defendants regarding the relief requested in this motion.  This motion is agreed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

      I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 26th day of February, 2016, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                        /s/ Elizabeth L. DeRieux
                                        Elizabeth L. DeRieux